No. 152. ROBERTS, ADMINISTRATRIX, ET AL. *v.* UNITED FISHERIES VESSELS Co. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE BLACK is of opinion that certiorari should be granted. *Mr. H. S. Avery* for petitioners. *Mr. Albert T. Gould* for respondent.

No. 291. HERRON *v.* STATE BAR OF CALIFORNIA. October 16, 1944. Petition for writ of certiorari to the Supreme Court of California denied for failure to comply with the rules.

No. 117. PARISI *v.* NEW YORK. October 16, 1944. Petition for writ of certiorari to the Court of General Sessions of New York County, New York, denied for the reason that the case is moot.

No. 324. AVANCE *v.* THOMPSON, TRUSTEE. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied for want of a final judgment. *Mr. William H. De Parcq* for petitioner. *Messrs. Josiah Whitnel* and *T. T. Railey* for respondent.

No. 392. PARKE, AUSTIN & LIPSCOMB, INC. ET AL. *v.* FEDERAL TRADE COMMISSION. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. William A. Hines* for petitioners. *Solicitor*